**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western Division**

ROBERT HORTON, )
　)
　　　Plaintiff, )
　) Case No. 2:17-cv-02344-JTF-dkv
v. )
　)
GINNY'S INC., )
　)
　　　Defendant. )
　)

## STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AGAINST DEFENDANT

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiff Robert Horton ("Plaintiff") and Defendant Ginny's Inc. ("Defendant") have agreed to arbitrate Plaintiff's claims in this matter and, therefore, all of Plaintiff's claims against Defendant in the above-captioned matter should be dismissed without prejudice pending a decision in the arbitration, with each party bearing its own costs and attorney fees.

| **Robert Horton** | **Ginny's, Inc.** |
|---|---|
| *s/Shaughn C. Hill*<br>Shaughn C. Hill, admitted *pro hac vice*<br><br>**MORGAN & MORGAN, P.A.**<br><br>Shaughn C. Hill (Fla. Bar No. 105998)<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel: (813) 223-5505<br>Fax: (813) 223-5402<br>shill@forthepeople.com<br><br>Mark A. Lambert, No. 22509<br>40 S. Main Street, Suite 2600<br>One Commerce Square<br>Memphis, Tennessee 38103<br>Tel: (901) 217-7000<br>Fax: (901) 333-1897<br>mlambert@forthepeople.com | *s/Emily Hamm Huseth*<br>Emily Hamm Huseth<br><br>**HARRIS SHELTON HANOVER WALSH, PLLC**<br><br>Emily Hamm Huseth, No. 29192<br>Kannon C. Conway, No. 23569<br>40 S. Main Street, Suite 2700<br>Memphis, Tennessee 38103<br>Tel: (901) 525-1455<br>Fax: (901) 526-4084<br>ehuseth@harrisshelton.com<br>kconway@harrisshelton.com |

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a true and exact copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all attorneys of record in this matter registered with the Court's CM/ECF System, on this 21st day of August, 2017.

                                  *s/ Emily Hamm Huseth*