# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HORTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02344-JTF-dkv |
| GINNY'S INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal filed on August 21, 2017. (ECF No. 18). The Court, being duly advised, finds that this matter is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED** this 22nd day of August, 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge