**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**ROBERT HORTON,**

    Plaintiff,

v.                                        No. 2:17-cv-02344-JTF-dkv

**GINNY'S INC.,**

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on August 22, 2017. (ECF No. 19).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                   THOMAS M. GOULD
United States District Judge                             CLERK

   August 22, 2017                                           s/Jerrick D. Murrell
        DATE                                                   (By) LAW CLERK